UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WENDELL JAMES SNELL,<br><br>Defendant. | Cr. No. 3:22-cr-189<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

The Defendant, Wendell James Snell, submits this sentencing memorandum before his sentencing hearing scheduled for 4 November 2024. He has no objections to the PSIR. For reasons that will be explained during the hearing, Mr. Snell requests a sentence of 240 months with a life term of supervised release to follow.

Dated this 28th day of October, 2024.

                    Respectfully submitted,

                    JASON J. TUPMAN
                    Federal Public Defender
                    By:

                    /s/  Christopher P. Bellmore
                    Christopher P. Bellmore
                    Assistant Federal Public Defender
                    Attorney for Defendant
                    Office of the Federal Public Defender
                    Districts of South Dakota and North Dakota
                    112 Roberts Street North, Suite 200
                    Fargo, ND 58102
                    Telephone: 701-239-5111
                    Facsimile:  701-239-5098
                    filinguser_SDND@fd.org